No. 339. HUGHES v. WASHINGTON. Sup. Ct. Wash. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 65, Misc. VAN VOLTENBURG v. SUPREME COURT OF IOWA ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner pro se. *Lawrence F. Scalise,* Attorney General of Iowa, and *Don R. Bennett,* Assistant Attorney General, for respondents.

No. 244, Misc. CANNON v. WILLINGHAM, WARDEN. Motion for leave to file petition for writ of mandamus denied. Petitioner pro se. *Solicitor General Marshall* for respondent.

No. 153, Misc. BUCHANAN ET AL. v. CONNELL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Richard M. Markus* for petitioners.

No. 449, Misc. DAVIS ET AL. v. UNION FREE SCHOOL DISTRICT No. 7 ET AL. Motion for leave to file petition for writ of mandamus denied. *Murray A. Miller* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, and *Charles A. Brind* for respondents.

No. 459, Misc. GREER v. MORRISON ET AL., JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS. Motion for leave to file petition for writ of mandamus and/or prohibition and for other relief denied. *William E. Gray* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender, Larry J. Craddock* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondents.